**Steven IANNIELLO, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 41007.**

Missouri Court of Appeals,
Western District.

May 30, 1989.

Ronald F. Fish, Nevada, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and
MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

**Michael TILLMAN, Movant–Appellant,**

v.

**STATE of Missouri,
Respondent–Respondent.**

**No. 55305.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 6, 1989.

John A. Klosterman, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

### ORDER

PER CURIAM

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).